UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOEL OTIS BULLOCK, JR.,

    Petitioner,

                                              File No. 1:04-CV-556

v.

                                              HON. ROBERT HOLMES BELL

KURT JONES,

    Respondent.
                                         /

## O R D E R

In accordance with the opinion entered this date,

**IT IS HEREBY ORDERED** that Petitioner's objections to the Magistrate Judge's January 5, 2006 Report and Recommendation (Docket #15) are **OVERRULED**.

**IT IS FURTHER ORDERED** that the Magistrate Judge's January 5, 2006 Report and Recommendation is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Petitioner's request for habeas relief is **DENIED**.


Date:     June 15, 2006              /s/ Robert Holmes Bell
                                                        ROBERT HOLMES BELL
                                                        CHIEF UNITED STATES DISTRICT JUDGE